IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHOWNEEN HALL,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>MYHERITAGE LTD. and MYHERITAGE (USA) INC.,<br><br>　　　　　　　　Defendants. | **ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:18-cv-00721-DN<br><br>District Judge David Nuffer |

　　　　Plaintiff filed a Stipulation of Voluntary Dismissal with Prejudice ("Motion"),[1] in which Plaintiff voluntarily stipulated to the dismissal of each defendant and all claims and causes of action contained in the complaint. Based upon the Motion and good cause appearing therefor;

　　　　IT IS HEREBY ORDERED that the Motion[2] is GRANTED. Any and all claims in this litigation by Plaintiff and against any and all named Defendants are hereby dismissed with prejudice. Each party shall bear its own costs and fees.

　　　　The Clerk is directed to close the case.

　　　　Signed December 6, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket no. 30, filed Dec. 5, 2018.

[2] *Id.*