IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHOWNEEN HALL,<br><br>      Plaintiff,<br>v.<br><br>MYHERITAGE LTD. and MYHERITAGE (USA) INC.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:18-cv-00721-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED that Plaintiff's action is dismissed with prejudice.

Signed December 6, 2018

                BY THE COURT:

                _____
                David Nuffer
                United States District Judge